UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE ESPAÑA,<br><br>                       Petitioner,<br><br>      v.<br><br>S. HETTON, Warden,<br><br>                       Respondent. | Case No. 2:18-cv-06137-RGK (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE, DENYING THE PETITION AND MOTION FOR A STAY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Motion for a Stay and Petition be DENIED and that Judgment be entered dismissing this action with prejudice.

Dated: October 24, 2019

*Gary Klausner*

HONORABLE R. GARY KLAUSNER
United States District Judge