JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE ESPAÑA,<br><br>          Petitioner,<br><br>    v.<br><br>S. HETTON, Warden,<br><br>          Respondent. | Case No. 2:18-cv-06137-RGK (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: October 24, 2019

*Gary Klausner*
HONORABLE R. GARY KLAUSNER
United States District Judge